**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | Case No. 11-54743 |
| Darrrel Edward Salyers | : | Chapter 13 (Judge Caldwell) |
| Jane Ann Salyers | : | |
| | : | |
| Debtors | : | |
| | : | |

**NOTICE OF CHANGE OF ADDRESS**

Comes now, Debtors, by counsel, and hereby give notice to the Court of the Debtors' new mailing address:

Darrell & Jane Salyers
27875 Jug Run Road
Frazeysburg OH 43882

All parties are instructed to adjust their records as necessary.

Respectfully submitted,

**/s/** Marshall D. Cohen
Marshall D. Cohen (0044066)
1500 West Third Avenue, Suite 400
Columbus, Ohio 43212
(614) 294 – 5040
Fax: (614) 291 – 5006
Email: notice@mdcohenlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been served upon the following registered ECF participants, electronically through the Court's transmission facilities at their e-mail addresses registered with the Court, or by U.S. Mail, postage prepaid to the parties listed below on August 27, 2015.

**Electronic Service:**
Office of the U.S. Trustee
Jeffrey P. Norman, Chapter 13 Trustee
Marshall D. Cohen Esq.

**U.S. Mail Service:**
Darrell & Jane Salyers |27875 Jug Run Road |Frazeysburg, OH 43882

/s/ Marshall D Cohen
Marshall D. Cohen, Case Attorney (0044066)