**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | Case No. 11-54743 |
|    Darrrel Edward Salyers | : | Chapter 13 (Judge Caldwell) |
|    Jane Ann Salyers | : | |
| | : | |
|              Debtors | : | |
| | : | |

### AMENDED NOTICE OF CHANGE OF ADDRESS

Come now, Debtors, by counsel, and hereby give notice to the Court of the Debtors' correct zip code for the new mailing address:

> Darrell & Jane Salyers
> 27875 Jug Run Road
> Frazeysburg OH 43822

All parties are instructed to adjust their records as necessary.

Respectfully submitted,

**/s/** Marshall D. Cohen
Marshall D. Cohen (0044066)
1500 West Third Avenue, Suite 400
Columbus, Ohio 43212
(614) 294 – 5040
Fax: (614) 291 – 5006
Email: notice@mdcohenlaw.com

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following registered ECF participants, electronically through the Court's transmission facilities at their e-mail addresses registered with the Court, or by U.S. Mail, postage prepaid to the parties listed below on November 11, 2015.

**Electronic Service:**
Office of the U.S. Trustee
Chapter 13 Trustee
Marshall D. Cohen Esq.

**U.S. Mail Service:**
Darrell & Jane Salyers |27875 Jug Run Road |Frazeysburg, OH 43822


/s/ Marshall D Cohen
Marshall D. Cohen, Case Attorney (0044066)